UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JENNIFER JONES, individually and on behalf of the Estate of her Mother, Jewel Walker, Deceased | CIVIL ACTION NO. |
| VERSUS | JUDGE |
| ARCADIA NURSING AND REHABILITATION CENTER, LLC, db/a WILLOW RIDGE NURSING AND REHABILITATION CENTER, LLC, DTD HC, LLC, AND D&N, LLC | MAGISTRATE JUDGE |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §1332 and 1441, and further based upon the grounds set forth in this Notice of Removal, Defendants, ARCADIA NURSING AND REHABILITATION CENTER, LLC, db/a WILLOW RIDGE NURSING AND REHABILITATION CENTER, DTD HC, LLC, AND D&N, LLC (referred to as "Defendants"), with full reservation of all rights and defenses, hereby remove this action from the Second Judicial District Court for the Parish of Bienville, State of Louisiana, to the United States District Court, for the Western District of Louisiana, Shreveport Division. In support of this Notice of Removal, Defendants state as follows:

1.

On November 12, 2015, Plaintiff, Jennifer Jones, individually and on behalf of the Estate of her Mother, Jewel Walker, deceased, filed her Petition for Damages of Wrongful Death, Survival,

and Breach of Contract, alleging that Defendants failed to provide reasonable care in accordance with the standards of care required which resulted in the death of Mrs. Jewel Walker on March 13, 2015. A copy of plaintiff's Petition for Damages of Wrongful Death, Survival, and Breach of Contract, along with all other papers received by Defendants or otherwise filed in state court are attached hereto as Exhibit 1 in compliance with 28 U.S.C. §1446(a).

2.

Defendants file this Notice of Removal pursuant to 28 U.S.C. §§1332, 1441(a), and 1446(a) and without prejudice to any defense Defendants may have to Plaintiff's action, jurisdictional or otherwise.

3.

The citizenship of a limited liability company is determined by the citizenship of all of its members. *Harvey vs. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008). Arcadia Nursing and Rehabilitation Center, LLC, d/b/a Willow Ridge Nursing and Rehabilitation Center, is a Louisiana limited liability company. Willow Ridge Nursing and Rehabilitation Center is a registered trade name of Arcadia Nursing and Rehabilitation Center, LLC.

4.

The sole members of **Arcadia Nursing and Rehabilitation Center, LLC** are **D&N, LLC** (50%) and **DTD HC, LLC** (50%).

5.

**D&N, LLC** is a New York limited liability company with its principal place of business in Orchard Park, New York. Its members are **Norbert A. Bennett, The Norbert A. Bennett**

Children's Trust, and **The Norbert A. Bennett Grandchildren's Trust**. **Norbert A. Bennett** is an adult resident citizen of Erie County, New York. **Ronald Bennett**, a citizen of New York, is the Trustee of **The Norbert A. Bennett Children's Trust** and **The Norbert A. Bennett Grandchildren's Trust**.

6.

**DTD HC, LLC** is a is a New York limited liability company, whose members are **Donald T. Denz** and **The Donald T. Denz Irrevocable Trust**. **Donald T. Denz** is an adult resident citizen of Erie County, New York. **Martin J. Clifford**, a citizen of New York, is the Trustee of **The Donald T. Denz Irrevocable Trust.**

7.

Defendants know of no limited liability company by the name of Willow Ridge Nursing and Rehabilitation Center, LLC, and believes this to be a mistaken misnomer by the state court Plaintiff.

8.

The Petition for Damages of Wrongful Death, Survival, and Breach of Contract provides that at the time of filing, Plaintiff Jennifer Jones was a resident of Lincoln Parish, Louisiana. Decedent, Jewel Walker, was a resident of Willow Ridge Nursing Home from 2006 to 2015. Willow Ridge Nursing Home is located in Arcadia, Louisiana. Accordingly, the Plaintiff is domiciled in the State of Louisiana and is a citizen of the State of Louisiana, pursuant to 28 U.S.C. §1332.

9.

As the law of this Court is that diversity of a limited liability company is determined by the citizenship of its members, diversity jurisdiction is proper in this Court as all of the Defendants have

citizenship in New York, pursuant to applicable law, as set forth above. Accordingly, complete diversity of citizenship exists between plaintiff and defendants.

10.

Although the Defendants expressly deny any liability, the amount in controversy, as to Plaintiff, considering the claimed damages, and the specific allegations of damages of the Complaint, fairly exceeds $75,000.00, excluding interest and costs.

11.

Pursuant to 28 U.S.C. § 1446(a), the Complaint, which is the only pleading received by Defendants, in the state court action, is being filed along with this Notice of Removal (attached as Exhibit 1 hereto).

12.

This Notice of Removal is timely filed under the provisions of 28 U.S.C. § 1446 because it is filed within thirty (30) days of receipt of the Petition by Defendants.

13.

All defendants are hereby joined in the Petition of Removal in a timely fashion subsequent to service.

14.

Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal with this Court, copies of this Notice of Removal will be filed with the Clerk of Court for the Second Judicial District Court for the Parish of Bienville and will be served on the Plaintiff, through her counsel of record, in the removed action.

15.

Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice of Removal in this Court and the filing of same with the state court, serves immediately to confer upon this Court exclusive jurisdiction over this action and simultaneously to divest the state court of jurisdiction with respect to this action.

16.

Upon information and belief, and without admitting plaintiffs' entitlement to, or defendant's liability for any amount of damages, appearers believe that the plaintiffs would contend that more than $75,000 is in controversy. Accordingly, appearers desire trial by jury on all issues herein and an order setting the amount of the bond therefor.

WHEREFORE, Defendants, ARCADIA NURSING AND REHABILITATION CENTER, LLC, db/a WILLOW RIDGE NURSING AND REHABILITATION CENTER, DTD HC, LLC, AND D&N, LLC, pray that this action be removed to this Court.

Respectfully submitted,

LUNN, IRION, SALLEY, CARLISLE & GARDNER

BY: _____
RONALD E. RANEY, Bar Roll No. 8570
P. O. Box 1534
Shreveport, Louisiana 71165-1534
Telephone: (318) 222-0665
Facsimile: (318) 220-3265
E-mail: RER@lunnirion.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Removal has been forwarded to Gia Kosmitis by facsimile, this 31st day of December, 2015.

_____
RONALD E. RANEY